1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

6
7

8

_____

)
UNITED STATES OF AMERICA,                )
)        Case No. MC17-0122RSL
                            Plaintiff,   )
)
            v.                           )
)        ORDER TO ISSUE WRIT OF
PARIS A. NEWMAN,                         )        CONTINUING GARNISHMENT
)        AND NOTICE TO DEFENDANT/
            Defendant/Judgment Debtor,   )        JUDGMENT DEBTOR
)
            v.                           )
)
P&J CONTRACTING COMPANY,                 )
)
                            Garnishee.   )
_____)

9
10
11
12
13
14
15
16

17    This matter comes before the Court on plaintiff's "Application for Writ of Continuing

18 Garnishment" for property in which the defendant/judgment debtor, Paris A. Newman, has a

19 substantial nonexempt interest and which is in the possession, custody, or control of the

20 garnishee, P&J Contracting Company. The Court having reviewed the record in this matter,

21 hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt.

22 # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's

23 counsel on October 4, 2017. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the

24 defendant/judgment debtor and the garnishee with a copy of the writ and accompanying

25 instructions.

26

ORDER TO ISSUE WRIT OF CONTINUING
GARNISHMENT AND NOTICE TO DEFENDANT

1       Dated this 5th day of October, 2017.

2

3                                          Robert S. Lasnik

4                                          United States District Judge